DLM

1002-8007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| YVONNE SCHILLING<br>Plaintiff,<br><br>v.<br><br>ESSEX INSURANCE COMPANY<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO:<br>[redacted] 07 344 |

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446**

PLEASE TAKE NOTICE that defendant, Essex Insurance Company ("Essex"), with full reservation of all defenses, hereby removes this civil action from the Superior Court of Providence County, Rhode Island, to the United States District Court for the District of Rhode Island. As grounds for its Notice of Removal, Essex proffers:

1. This lawsuit is a civil action within the meaning of 28 U.S.C. §§ 1441(a) & 1446(b) on removal of cases to the district courts of the United States.

2. In this action, on or about August 16, 2007, plaintiff, YVONNE SCHILLING ("Ms. SCHILLING"), filed a Declaratory Judgment Complaint in the Superior Court of Providence County, Rhode Island, seeking a determination of coverage and a duty to defend under policy #3CU5448, issued to her by Essex. A copy of the state court complaint, which was served on August 23, 2007, is attached as defendant's Exhibit A and is incorporated by reference.

3. The plaintiff, YVONNE SCHILLING, is a citizen of the State of Rhode Island.

4. The defendant, ESSEX INSURANCE COMPANY, is a Delaware corporation with a principal place of Richmond, Virginia.

5. At the time of filing of the state court complaint and at the current time their exists complete diversity between the parties to this action sufficient to confer jurisdiction in the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1332 (a).

6. A fair reading of the complaint indicates that the amount in controversy exceeds the sum of $75,000 since the plaintiff is claiming coverage under a policy of insurance with a coverage limit of $1,000,000 for person injuries.

8. Removal of this action is timely pursuant to 28 U.S.C.§ 1446 (b).

9. Pursuant to the Local Rule 81, a certified copy of the state court record will be filed within 10 days of the filing of this Notice along with the state court docket sheet.

ESSEX INSURANCE COMPANY,
By its attorneys,
MORRISON MAHONEY LLP,

John P. Graceffa (#5201)
Michael J. Marcello (#5221)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420



640841v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11 day of September 2007, I served a copy of the foregoing Notice of Filing Notice of Removal to the United States District Court , by regular U.S. mail, postage prepaid, to:

Anthony J. Gianfrancesco, Esq.
Blauch, Gianfrancesco, Mathiew & Alger
155 South Main Street
Providence, RI 02903

Michael J. Marcello