1002-8007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| YVONNE SCHILLING<br>Plaintiff,<br><br>v.<br><br>ESSEX INSURANCE COMPANY<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO: 07-344S |

**FILING OF STATE COURT RECORD**

Now comes the defendant, Essex Insurance Company, pursuant to Rule 81(b) of the Local Rules of the United States District Court for the District Rhode Island and submits a certified copy of the docket sheet and complete court record of the Providence County Superior Court, State of Rhode Island, from where this matter was removed.

ESSEX INSURANCE COMPANY,
By its attorneys,
MORRISON MAHONEY LLP,

John P. Graceffa (#5201)
Michael J. Marcello (#5221)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13 day of September 2007, I served a copy of the foregoing Notice of Filing Notice of Removal to the United States District Court , by regular U.S. mail, postage prepaid, to:

Anthony J. Gianfrancesco, Esq.
Blauch, Gianfrancesco, Mathiew & Alger
155 South Main Street
Providence, RI 02903

Jacqueline Leathers
Michael J. Marcello
Jacqueline Leathers



641679v1

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-4231 YVONNE SCHILLING V ESSEX INSURANCE COMPANY

Filing Date: 08-17-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 09-11-2007

Plaintiff: YVONNE SCHILLING
ID: @10922524

Attorney: ANTHONY GIANFRANCESCO

Defendant: ESSEX INSURANCE COMPANY
ID: @10922525

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-17-2007 | COMPLAINT FILED | |
| 08-17-2007 | INITIAL FILING FEE | |
| 08-17-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP254636. |
| 09-11-2007 | NOTICE OF REMOVAL | FILED BY DEFT ESSEX INSURANCE CO. FILE IS COMPLETE. CERTIFIED COPIES OF COMPLETED FILE ARE HAND DELIVERED IN CLERKS OFFICE TO THE LAW OFFICE OF MORRISON MAHONEY LLP. |
| 09-11-2007 | OTH DOC FILED DURING DISCOV | CASE IS CLOSED. US DISTRICT COURT #07-344S |
| 09-11-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT CASE #07-344S. COMPLETE. |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island