**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Yvonne Schilling

VS. C.A. NO. 07-344S

Essex Insurance Company

**PLAINTIFFS' PRE-TRIAL CONFERENCE STATEMENT**

The Plaintiff, Yvonne Schilling has filed a Complaint against the Defendant, Essex Insurance Company seeking declaratory relief. Ms. Schilling had purchased from the defendant a commercial liability insurance policy regarding her home at 94 Angell Street in the City of Providence. Ms. Schilling lives in this five unit residential dwelling. The policy numbered 3CU5448 and covered from June 30, 2006 to June 30, 2007.

Sometime in July of 2006, Ms. Schilling retained the services of James Casale Painting & Wallpapering, Inc. to perform some work on the premises. A one page contract was signed on July 11, 2006, whereby Mr. Casale agreed to paint the exterior of the building for the sum of $16,000.00. The contractor, James Casale operating under the name of James Casale Painting & Wallpapering, Inc. was licensed by the Rhode Island Contractor's Registration Board and fully insured for workers' compensation claims, as well as full liability for third parties.

On or about July 15, 2006, Mr. Casale, while working on Ms. Schilling's property sustained an injury when he apparently fell off a ladder. Mr. Casale duly reported the incident to his workers' compensation carrier, Beacon Mutual Insurance. He then brought a third-party action against Yvonne Schilling in Providence County Superior Court alleging that Schilling was negligent in the maintenance of her home and that that negligence caused or contributed to his sustaining an injury. Ms. Schilling immediately reported the claim to her insurance agent, who then notified Essex Insurance Company. Essex Insurance acknowledged receipt of suit papers served on Ms. Schilling,, but claimed that the lawsuit was excluded from coverage since the claimant, Joseph Casale was a contractor who sustained a bodily injury while performing services at her property. Essex Insurance

based its denial of coverage on an endorsement contained in the policy, which contains the following language:

> (D) If contractors or subcontractors are used, it is a condition of coverage that you use only those that are insured, and carry at a minimum Commercial General Liability coverage with limits at least equal to the limits of this policy, name you as an additional insured on their policy, and carry workers compensation insurance, and you require and secure certificates of insurance confirming same. Failure to comply with this condition does not void your coverage, however, limits of liability hereunder will be reduced and apply as a 'sublimit of liability', being a Combined Single Limit, $50,000 each occurrence and in the Aggregate, including loss adjustment expenses and defense.
>
> The sublimit would be the most payable for all damages arising out of any one occurrence and the most payable for all claims under this policy, including investigation and defense. If such sublimits were tendered or exhausted, we would not defend or continue to defend in any suit.
>
> Further, there is no coverage under the policy for 'bodily injury', 'personal injury' or 'property damage' sustained by any contractor, self-employed contractor and/or subcontractor, or any employee, leased worker, temporary worker or volunteer help of same.

It is the position of the plaintiff that this language is ambiguous, contradictory, and against public policy. For these reasons, the plaintiff has filed a lawsuit against Essex Insurance Company seeking indemnification and a defense of the lawsuit filed by Mr. Casale.

Respectfully Submitted,
By Her Attorney

/s/Anthony J. Gianfrancesco

Anthony J. Gianfrancesco, Esq., #2762
Baluch Gianfrancesco Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to:

John P. Graceffa, Esq.
Michael J. Marcello, Esq.
121 South Main Street, Suite 600
Providence, RI 02903

on this _12th_ day of October, 2007.

/s/ Anthony J. Gianfrancesco