1002-8007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| YVONNE SCHILLING<br>Plaintiff,<br><br>v.<br><br>ESSEX INSURANCE COMPANY<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO: CA 07-344-S |

JOINT MOTION TO EXTEND SUMMARY JUDGMENT FILING DEADLINE FROM JANUARY 16, 2008 to FEBRUARY 29, 2008

The plaintiff and the defendant jointly move to extend the time to file cross-motions to February 29, 2008.

In support thereof, the parties rely upon the attached memorandum of law.

YVONNE SCHILLING

By her Attorneys,

/s/ Anthony J. Gianfrancesco

**Attorneys for Plaintiff**
Anthony J. Gianfrancesco #(2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434

ESSEX INSURANCE COMPANY

By its Attorneys,

/s/ Michael J. Marcello

**Attorneys for Defendant**
JOHN P. GRACEFFA, #(5221)
MICHAEL J. MARCELLO, #(5201)
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

**CERTIFICATE OF SERVICE**

I hereby certify that this documents filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this ____ day of __________, 2008

/s/ Michael J. Marcello

______________________________________

Michael J. Marcello, BBO No. 5221

1002-8007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| YVONNE SCHILLING<br>Plaintiff,<br><br>v.<br><br>ESSEX INSURANCE COMPANY<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO: CA 07-344-S |

MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND SUMMARY JUDGMENT FILING DEADLINE FROM JANUARY 16, 2008 to FEBRUARY 29, 2008

This action for Declaratory Judgement was filed by the plaintiff and later removed by the defendant to the United States District Court the District of Rhode Island.

After a pre-trial conference, the Court ordered that all dispositive motions be filed by January 16, 2008. Since the issues in the case solely concern the interpretation of a policy of insurance, and motions for summary judgment will resolve the pending legal issue.

However, in the underlying tort matter, the plaintiff, James Casale, is also the subject of a pending workers' compensation claim. Because of unresolved issues in that matter, the possible disposition of the same may have an effect on the necessity of this declaratory judgment action. The parties jointly move for a brief continuation in the hope that resolution or investigation of the workers' compensation matter may make the underlying tort action moot, and thus, this matter unnecessary.

Therefore, the parties respectfully request that said continuance be granted.

YVONNE SCHILLING

By her Attorneys,

/s/ Anthony J. Gianfrancesco

**Attorneys for Plaintiff**
Anthony J. Gianfrancesco #(2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434

ESSEX INSURANCE COMPANY

By its Attorneys,

/s/ Michael J. Marcello

**Attorneys for Defendant**
JOHN P. GRACEFFA, #(5221)
MICHAEL J. MARCELLO, #(5201)
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

## CERTIFICATE OF SERVICE

I hereby certify that this documents filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this ____ day of __________, 2008

/s/ Michael J. Marcello

Michael J. Marcello, BBO No. 5221