**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Yvonne Schilling

VS. C.A. NO. 07-344S

Essex Insurance Company

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff and respectfully requests that this court enter an order granting Summary Judgment in favor of this Plaintiff and against the Defendant in the above-entitled matter. As grounds therefore, Plaintiff relies on the accompanying Memorandum of Law attached hereto and filed herewith.

Respectfully Submitted,
By Her Attorney

/s/Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq., #2762
Baluch Gianfrancesco Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to:

John P. Graceffa, Esq.
Michael J. Marcello, Esq.
121 South Main Street, Suite 600
Providence, RI 02903

on this _____ day of February, 2008.

/s/ Anthony J. Gianfrancesco