1002-8007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **YVONNE SCHILLING** **Plaintiff,** | ) ) ) | |
| **v.** | ) | **DOCKET NO: CA 07-344-S** |
| **ESSEX INSURANCE COMPANY** **Defendants** | ) ) ) | |

**<u>DEFENDANT ESSEX INSURANCE COMPANY'S</u>**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Now comes the defendant, Essex Insurance Company, and respectfully requests that pursuant to Federal Rules of Civil Procedure 56(a) this Honorable Court grant summary judgment in its favor and find that Essex Insurance Company's policy of insurance issued to the plaintiff does not provide coverage for an injury suffered by a pointing contractor she retained, and that it owes no duty to defend the underlying action. In support of this motion, the defendant asserts that:

1. There are no material facts in dispute;
2. By the clear and unambiguous terms of the policy, Essex Insurance Company is entitled to summary judgment as a matter of law.

WHEREFORE, for these reasons and the reasons more fully set forth in Defendant's Memorandum of Law in Support of its Motion for Summary Judgment, Essex Insurance Company respectfully requests that this Court grant summary judgment on behalf of Essex Insurance Company.

Defendant requests oral argument.

ESSEX INSURANCE COMPANY

By its Attorneys,

/s/ Michael J. Marcello

**Attorneys for Defendant**
JOHN P. GRACEFFA, #(5221)
MICHAEL J. MARCELLO, #(5201)
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
(401) 331-4660 Fax: (401) 351-4420

## CERTIFICATE OF SERVICE

I hereby certify that this documents filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 29th day of February, 2008

/s/ Michael J. Marcello

Michael J. Marcello, BBO No. 5221