# EXHIBIT C

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JAMES CASALE

VS. PC07- 2419

YVONNE SCHILLING

## COMPLAINT

1. Plaintiff, James Casale, is a resident of the City of Cranston, County of Providence, State of Rhode Island.

2. Defendant, Yvonne Schilling, is a resident of the City of Providence, County of Providence, State of Rhode Island.

3. On or about July 15, 2006, Plaintiff was employed by James Casale Painting & Wallpapering, Inc., and was working at the home of the Defendant which is located at 94 Angell Street, Providence, Rhode Island.

4. On said date, at said location, the Plaintiff sustained serious and permanent injury when a railing located on the back staircase pulled away from the house causing the Plaintiff to fall and injure himself.

5. The Defendant had been negligent in the maintenance of the home and had negligently attached the railing to the home.

6. Defendant's negligence was the direct and proximate cause of Plaintiff's injuries.

*WHEREFORE, Plaintiff, James Casale, hereby demands judgment against the Defendant, Yvonne Schilling, in an amount sufficient to give this Honorable Court jurisdiction.*

*JAMES CASALE*
*By his attorney,*

*STEPHEN C. MACKIE, ESQ./1202*
*MACKIE & REILLY*
*681 Smith Street*
*Providence, RI 02908*
*(401)521-4100*
*(401)274-5433 (f)*