# EXHIBIT D

ESSEX INSURANCE COMPANY
MARKEL®

THE MARKEL GROUP OF COMPANIES
Covering your world one risk at a time®

May 21, 2007

**VIA REGULAR U.S. MAIL &**
**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

Yvonne Shilling
94 Angell Street
Providence, RI 02906

RECEIVED MAY 24 20__
BY:

| | | |
|---|---|---|
| RE: | Essex Claim No.: | C012071-JT |
| | Policyholder: | Yvonne Shilling |
| | Policy No.: | 3CU5448 |
| | Date of Loss: | 7/15/2006 |
| | Claimant: | James Casale |

Dear Ms. Shilling:

Essex Insurance Company acknowledges receipt of suit papers served on you regarding the above-captioned claim. It is our understanding that, at the time of this loss, James Casale was a painting contractor contracted by you to provide painting services on your premises located at 94 Angell Street, Providence, Rhode Island. He alleges injuries arising out of a fall on your premises. Please be advised that, for the reasons more fully discussed below, your Essex Commercial General Liability insurance policy excludes coverage for this loss.

We direct your attention to the Insuring Agreement contained in the policy's Commercial General Liability Coverage Form CG0001(10/01) which provides, in pertinent part:

1. Insuring Agreement

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.

The policy provide the following definitions:

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

17. "Property damage" means:

    a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

4521 Highwoods Parkway, Glen Allen, Virginia 23060-6148
(804) 273-1400 • (800) 963-7739
P.O. Box 2010, Glen Allen, Virginia 23058-2010

MARKEL®



b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

We direct your attention to Item 1. (D) of policy endorsement M/E-002(1/05) which provides, in pertinent part:

ADDITIONAL CONDITIONS ENDORSEMENT

THIS ENDORSEMENT AMENDS THE LIABILITY COVERAGE FORM OR COVERAGE PART (hereinafter referred to as Coverage Form), AND APPLIES TO THE ENTIRE POLICY.

This insurance does not apply to 'bodily injury', 'property damage', 'personal injury, 'advertising injury' or any injury, loss, or damages, including consequential injury, loss or damage, arising out of, caused by or contributed to or as a result of:

1. (D) If contractors or subcontractors are used, it is a condition of coverage that you use only those that are insured, and carry at a minimum Commercial General Liability coverage with limits at least equal to the limits of this policy, name you as an additional insured on their policy, and carry workers compensation insurance, and you require and secure certificates of insurance confirming same. Failure to comply with this condition does not void your coverage, however, limits of liability hereunder will be reduced and apply as a 'sublimit' of liability, being a Combined Single Limit, $50,000 each occurrence and in the Aggregate, including loss adjustment expenses and defense.

The sublimit would be the most payable for all damages arising out of any one occurrence, and the most payable for all claims under this policy, including investigation and defense. If such sublimits were tendered or exhausted, we would not defend or continue to defend in any suit.

Further, there is no coverage under this policy for 'bodily injury', 'personal injury' or 'property damage' sustained by any contractor, self-employed contractor,

MARKEL®



and/or subcontractor, or any employee, leased worker, temporary worker or volunteer help of same.

Based on the last paragraph of the above-quoted endorsement, this claim is excluded from coverage since the claimant was a contractor who sustained "bodily injury" while performing services at your property. For these reasons, we must disclaim coverage to you for this occurrence and suit. Since we are disclaiming coverage to you, we will not be providing legal defense to you for this suit. You must retain counsel, at your own expense, to defend you.

The foregoing disclaimer of coverage in no way constitutes, nor should it be considered as a waiver or relinquishment by Essex Insurance Company of any and all other defenses available to it under the terms and provisions of the above referenced policy of insurance and neither anything in this document nor any act of Essex Insurance Company is to be construed as a waiver of any known or unknown defenses. Additionally, the foregoing in no way restricts or limits Essex Insurance Company from relying upon and asserting other facts and grounds that are, or may become, available to it.

If you disagree with the decision of Essex Insurance Company, to disclaim coverage for this loss, please set forth, in writing, the policy language which you believe affords coverage under Essex Insurance Company's Policy No. 3CU5448.

If at any time you learn of any additional information which would lead you to believe that coverage is afforded under the above referenced policy, it is requested that you contact the undersigned.

Very truly yours,

**ESSEX INSURANCE COMPANY**

John Trudeau
Senior Claims Examiner

jtshilling.em

cc: E. F. Bishop Agency, Inc.
94 Waterman Street
Providence, RI 02906

Gresham & Associates
P. O. Box 927
Stockbridge, GA 30281